IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00537-WDM-OES

ESTATE OF JAMAAL ALLEN BONNER, by Brenda Bonner and Bobby Bonner as Co-Personal Representatives,
BRENDA BONNER,
BOBBY BONNER,

    Plaintiffs,

v.

CITY OF AURORA, COLORADO,
OFFICER WILLIAM WOODS,
CHIEF RICKY BENNETT,

    Defendants.
_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The joint motion to approve mediation, etc is denied as moot.

Dated:  April 13, 2006

                                                            s/ Jane Trexler, Secretary/Deputy Clerk