IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00537-WDM-MEH

ESTATE OF JAMAAL ALLEN BONNER, by Brenda Bonner and Bobby Bonner as Co-Personal Representatives,
BRENDA BONNER, as parent and Co-Personal Representative of the Estate of Jamaal Bonner,
BOBBY BONNER, as parent and Co-Personal Representative of the Estate of Jamaal Bonner,

Plaintiffs,
v.

CITY OF AURORA, COLORADO,
OFFICER WILLIAM WOODS, in his individual and official capacity,
CHIEF RICKY BENNETT, in his individual and official capacity,

Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 5, 2006.**

Defendants' Joint Motion to Vacate Final Pretrial Conference scheduled for September 6, 2006, due to Pending Motions to Dismiss [Filed August 31, 2006; Docket #56] is **granted**. Due to Defendants' pending Motions to Dismiss and the stay of discovery ordered pending resolution of these motions by the District Judge, the Final Pretrial Conference scheduled for September 6, 2006, is hereby **vacated**.

In addition to the status report previously ordered to be filed after a ruling has issued on the pending motions, a telephone status conference is hereby set for **October 26, 2006, at 10:00 a.m.** The parties are directed to conference together, and telephone Chambers at 303-844-4507 at the designated time.