IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00537-WDM-OES

ESTATE OF JAMAAL ALLEN BONNER, by Brenda Bonner and Bobby Bonner as Co-Personal Representatives,
BRENDA BONNER,
BOBBY BONNER,

    Plaintiffs,

v.

CITY OF AURORA, COLORADO,
OFFICER WILLIAM WOODS,
CHIEF RICKY BENNETT,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Having been advised that this case has settled, all pending mtoions are denied as moot.

Dated:  January 16, 2007

                                                           s/ Jane Trexler, Secretary/Deputy Clerk