IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-00537-WDM-MEH

ESTATE OF JAMAAL ALLEN BONNER, et al.,

    Plaintiffs,

v.

CITY OF AURORA, COLORADO,

    Defendant.

---

## NOTICE OF DISMISSAL OF TWO DEFENDANTS ONLY

---

The court takes judicial notice that the parties have filed a Stipulation for

Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1).  Accordingly, the

complaint is dismissed with prejudice against defendants Officer William Woods and

Chief Ricky Bennett only, each party to pay his or its own costs and attorneys' fees.

It is further ordered that the caption is amended to remove all defendants except

the City of Aurora.

DATED at Denver, Colorado, on February 6, 2007.

BY THE COURT:


s/ Walker D. Miller
United States District Judge

PDF FINAL